UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA, ex rel.,
STATE OF FLORIDA, ex rel.,
CHARLYNN MERCER,

    Plaintiffs/Relator,

v.                                                 Case No:  2:12-cv-190-FtM-29DNF

DR. STEPHEN LAQUIS, NICOLE
LAQUIS, OPHTHALMIC FACIAL
PLASTIC SURGERY SPECIALISTS, P.A.,
and ST. MARK'S SURGERY CENTER,

    Defendants.

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On November 20, 2014, the Court entered an Amended Order (Doc. 58) permitting counsel for Relator Charlynn Mercer to withdraw and requiring Ms. Mercer to secure replacement counsel within twenty-one (21) days.  The Amended Order specified that if Ms. Mercer failed to secure replacement counsel within that time period, the Court would recommend that her case be dismissed.  The twenty-one day time period elapsed and Ms. Mercer failed to have new counsel file a notice of appearance.

On January 16, 2015, the Court entered an Order to Show Cause (Doc. 59) requiring Ms. Mercer to show good cause in writing within fourteen (14) days explaining why the case should not be dismissed for her failure to comply with the Court's Amended Order.  Fourteen days has elapsed since the Court entered the Order to Show Cause and Ms. Mercer has failed to file a response.  For this reason,

**IT IS RESPECTFULLY RECOMMENDED THAT**

The District Court dismiss this case, terminate all pending motions, and close the file.

**Respectfully recommended** in Chambers in Fort Myers, Florida on February 9, 2015.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

Failure to file and serve written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date it is served on the parties shall bar an aggrieved party from a de novo determination by the District Court of issues covered in the report, and shall bar the party from attacking on appeal factual findings in the report accepted or adopted on appeal by the District Court except upon grounds of plain error or manifest injustice. 28 U.S.C. § 636(b)(1)(C); Local Rule 6.02

Copies furnished to:

Counsel of Record
Unrepresented Parties